UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICK ODELL,

    Plaintiff,

v                                    Case No. 5:05-cv-37

COMMISSIONER OF             Hon. Wendell A. Miles
SOCIAL SECURITY,

    Defendant.
_____/

## JUDGMENT

The court hereby adopts, as the opinion of this court, the Report and Recommendation issued by United States Magistrate Judge Ellen S. Carmody on December 27, 2005. The decision of the Commissioner denying benefits is AFFIRMED.

Entered this 27th day of March, 2006.

                                                /s/ Wendell A. Miles
                                             Wendell A. Miles
                                             Senior U.S. District Judge